## WILDER *et al. v.* HOUSE.

(April Term, 1867.)

AMENDMENT OF RECORD — *cannot be made by the Supreme Court.* This court will not undertake to amend or correct the record of the court below. So if it appears from the face of the record that a bill of exceptions is properly incorporated therein, when the fact is otherwise, application must be made to the court below, upon proper notice, to reform the record in that regard.

THE defendant in error in this case moved the court to strike the bill of exceptions from the record, because, as was alleged, the order of the court below required the bill of exceptions to be filed within ten days after the 17th day of March, 1866, while, in fact, it was not filed until the month of October following; and the affidavit of the clerk of the Circuit Court was filed in support of the motion.

Per CURIAM: This bill of exceptions appears to have been properly signed by the judge at the term at which the cause was tried, and filed within the time allowed for that purpose.

We cannot, therefore, alter the record upon affidavits. If there is any irregularity in the making or filing of the bill of exceptions, application should be made, upon notice to the opposite party, to the court below to correct the record. The record, as certified to this court, imports verity; and we will not undertake to reform it; that belongs alone to the court where the record was made and the cause was tried.

*Motion denied.*